No. 448. FLETCHER v. MAUPIN ET AL. November 9, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Edmond C. Fletcher, pro se. Solicitor General Fahy* for respondents.

Nos. 437, 438, and 439. HALLIDAY ET AL. v. OHIO EX REL. SQUIRE, SUPERINTENDENT OF BANKS, ET AL. November 9, 1942. Motion for leave to proceed *in forma pauperis* granted. Petitions for writs of certiorari to the Court of Appeals of Ohio denied. *Robert W. Halliday, pro se. Mr. Edwin H. Chaney* for respondents.

No. 435. HUNSBERGER v. FISCHER ET AL. November 9, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Superior Court of Pennsylvania denied. *Mary M. Hunsberger, pro se.*

No. 440. EARLE v. ILLINOIS CENTRAL RAILROAD CO. ET AL. November 9, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Court of Appeals of Tennessee denied. *Mr. William M. Hall* for petitioner. *Messrs. Marion G. Evans, Thomas A. Evans, Larry Creson, V. W. Foster, Chas. A. Helsell,* and *Clinton H. McKay* for respondents.

No. 444. O'KEITH v. JOHNSTON, WARDEN. November 9, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Cir-